IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
NOV 20 2019
Clerk, US District Court
District of Montana - Billings

| | |
|---|---|
| NEIGHBORS AGAINST BISON SLAUGHTER and BONNIE LYNN, <br><br> Plaintiffs, <br><br> vs. <br><br> THE NATIONAL PARK SERVICE; THE UNITED STATES DEPARTMENT OF AGRICULTURE, FOREST SERVICE; DAVID BERNHARDT, Secretary of the Interior, in his official capacity; CAM SHOLLY, Superintendent of Yellowstone National Park, in his official capacity; and SONNY PERDUE, Secretary of the Department of Agriculture, in his official capacity <br><br> Defendants. | CV 19-128-BLG-SPW <br><br> ORDER |

This matter was originally filed in United States District Court for the District of Columbia. Shortly after the complaint was filed, the Plaintiffs filed a motion for a temporary restraining order and a preliminary injunction and the Defendants filed a motion to transfer the case to the District of Montana. (Docs. 4 and 13). On November 14, 2019, the D.C. District Court ordered the case to be transferred to the District of Montana. (Doc. 47). In its order, the D.C. District

1

Court denied the motion for a temporary restraining order. (Doc. 47 at 20-21 n. 9). On November 15, 2019, the District of Montana received the case. (Doc. 49).

The motion for a preliminary injunction and a motion to strike portions of the Defendants' response to the motion for a preliminary injunction (Doc. 33) are currently under consideration by this Court.

This matter is exempt from the preliminary pretrial conference requirement under Rule 26(a)(1)(B) of the Federal Rules of Civil Procedure and Local Rules 16.2 and 26.1. Accordingly,

IT IS ORDERED that lead trial counsel for the respective parties and any individual proceeding pro se shall meet and confer to consider a joint case management plan to be filed with the Court on or before December 20, 2019. If the parties are unable to agree on a joint case management plan, they shall each file separate case management plans on or before December 20, 2019, noting to which dates they could not agree and the reasons for their disagreement.

DATED this 19th day of November, 2019.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge