JARED S. PETTINATO, D.C. Bar No 496901
The Pettinato Law Firm
3416 13th St. NW, #1
Washington, DC 20010
(406) 314-3247
Jared@JaredPettinato.com

MATTHEW D. THURLOW, D.C. Bar No. 1008014
Baker & Hostetler LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 861-1681
mthurlow@bakerlaw.com
(*Pro hac vice motion pending*)
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| NEIGHBORS AGAINST BISON SLAUGHTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL PARK SERVICE, *et al.*,<br><br>Defendants. | Case No. 1:19-cv-128-SPW<br><br>Judge Susan A. Watters<br><br>PLAINTIFFS' SECOND NOTICE OF LODGING OF TWO VIDEOS |

    Plaintiffs Neighbors Against Bison Slaughter and Bonnie Lynn (Neighbors) hereby lodge two videos for the Court's review as it considers Neighbors' Motion for a Temporary Restraining Order and Preliminary Injunction, ECF No. 4. Neighbors has included the two videos on a single DVD as digital .mp4 files.

    Neighbors had previously lodged these two videos with the United States District Court for the District of Columbia. Notice of Lodging of Two Videos (Oct. 24, 2019), ECF No. 10. Unfortunately, Neighbors learned today that, although that court transferred the case to the

1  United States District for the District of Montana on November 14, 2019, as of yesterday, this
2  Court had not received the DVDs.
3      First, Neighbors is lodging the video *Yellowstone Buffalo Hunt A Native Perspective*, Buffalo
4  Field Campaign (May 31, 2018), youtube.com/watch?v=9GfoDhk6WGY, as evidence for the
5  court record. Second, Neighbors is lodging the demonstrative video, Beth Cataldo, *The Secret of*
6  *Beattie Gulch* (Sept. 23, 2019), youtube.com/watch?v=AUSEPP7WOAA.
7      Neighbors is sending the Court two copies of the DVD. It intends one copy for the court
8  record and one courtesy copy for the chambers of Judge Susan P. Watters.
9      On October 24, 2019, Neighbors sent one copy of the DVD to Trial Attorney Tyler
10 Alexander at U.S. Department of Justice, Environment and Natural Resources Division, Natural
11 Resources Section, U.S. Department of Justice, P.O. Box 7611, Washington, DC 20044.
12      Respectfully submitted, December 3, 2019,

13
14          /s/ Jared S. Pettinato
            JARED S. PETTINATO, D.C. Bar No. 496901
            Jared Pettinato Law Offices
15          3416 13th St. NW, # 1
            Washington, DC 20010
16          (406) 314-3247
            Jared@JaredPettinato.com
17
            MATTHEW D. THURLOW, D.C. Bar No. 1008014
18          Baker & Hostetler LLP
            1050 Connecticut Avenue, NW
19          Washington, DC 20036
            (202) 861-1681
20          mthurlow@bakerlaw.com
            (*Pro hac vice motion pending*)
21          *Attorneys for Plaintiffs*

22

23