IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JAN 0 3 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| NEIGHBORS AGAINST BISON SLAUGHTER *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE NATIONAL PARK SERVICE, *et al.*, <br><br> Defendants. | CV 19-128-BLG-SPW <br><br> ORDER |

Plaintiffs move for the admission of Matthew D. Thurlow to practice before the Court in the above captioned matter with Jared S. Pettinato of Washington, DC, designated as local counsel. The motion complies with Local Rule 83.1(d), and Defendants do not object.

IT IS SO ORDERED that Plaintiffs' motion to admit Matthew D. Thurlow to appear *pro hac vice* (Doc. 60) is GRANTED and he is authorized to appear as counsel with Jared S. Pettinato pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 3rd day of January, 2020.

SUSAN P. WATTERS
United States District Judge