# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

FILED
JAN 0 3 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| NEIGHBORS AGAINST BISON SLAUGHTER, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>THE NATIONAL PARK SERVICE, *et al.*, <br><br>Defendants. | Case No. 1:19-CV-128-BLG-SPW <br><br><br>ORDER |

Upon the Parties filing a joint, proposed case management plan (Doc. 59) and for good cause shown, the Court hereby directs the Parties to follow the following case management plan:

| | |
|---|---|
| January 29, 2020 | Deadline for Federal Defendants, the National Park Service, the Forest Service, Secretary of the Interior David Bernhardt, Yellowstone National Park Superintendent Cam Sholly, and Secretary of Agriculture Sonny Perdue, to file their answer or other response to the Complaint. |
| March 25, 2020 | Deadline for the National Park Service and the Forest Service (the Agencies) to file their Notices of Lodging of their Administrative Records. The Agencies shall lodge with the Court and serve on each of Neighbors' counsel the electronic images of the administrative records with uncorrected optical character recognition text. The Agencies shall not file the entire administrative records via CM/ECF. |
| April 15, 2020 | Deadline for Plaintiffs Neighbors Against Bison Slaughter and Bonnie Lynn (Neighbors) to inform the Agencies, informally and in writing, of any and all issues relating to the sufficiency of the Agencies' administrative records. The Parties shall thereafter |

| | |
|---|---|
| | seek, informally and in good faith, to resolve any issues without the assistance of the Court. |
| May 6, 2020 | Deadline for Neighbors to file any motion relating to the sufficiency of the Agencies' administrative records. If Neighbors files a motion relating to the sufficiency of the administrative records, the remaining summary judgment briefing deadlines shall have no further effect, and the Parties shall propose a briefing schedule within seven days of the Court resolving Neighbors' motion. |
| June 3, 2020 | Deadline for Neighbors to file their motion for summary judgment. That brief shall not exceed 6,500 words. |
| July 1, 2020 | Deadline for the Agencies to file their combined cross-motion for summary judgment and response to Neighbors' motion for summary judgment. That combined brief shall not exceed 6,500 words. |
| July 22, 2020 | Deadline for Neighbors to file their combined response to the Agencies' cross-motion for summary judgment and Neighbors' reply in support of their motion for summary judgment. Neighbors' combined brief shall not exceed 3,250 words. |
| August 12, 2020 | Deadline for the Agencies to file their reply in support of their cross-motion for summary judgment. That brief shall not exceed 3,250 words. |

If the Court rules in Neighbors' favor on any claim, the Parties shall propose a remedy briefing schedule after that ruling. The Parties shall count the words in their briefs according to Local Rule 7.1(d)(2).

DATED this 3rd day of January, 2020.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE