IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
FEB 2 0 2020
Clerk, U S District Court
District Of Montana
Billings

NEIGHBORS AGAINST BISON SLAUGHTER, *et al.*,

Plaintiffs,

vs.

THE NATIONAL PARK SERVICE, *et al.*,

Defendants.

CV 19-128-BLG-SPW

ORDER

Before the Court is the Plaintiffs' motion to consolidate *Cottonwood Environmental Law Center v. Bernhardt*, 2:18-CV-12-SEH (D. Mont., Helena Division) with this action. (Doc. 66). The Plaintiffs failed to adhere to Local Rule 7.1(c), which states:

> (1) The text of the motion must state that other parties have been contacted and state whether any party objects to the motion.
> . . .
>
> (2) When a motion is unopposed, the word "unopposed" must appear in the title of the motion.

Adherence to this local rule allows the Court, and often the parties, to handle matters more expeditiously. Compliance with the local rule is required. D. Mont. C.R. 7.1(c)(4). The Plaintiffs must contact opposing parties and state whether they object to the motion. Accordingly,

IT IS ORDERED that the Plaintiffs' motion (Doc. 66) is DENIED with leave to renew.

DATED this 20th day of February, 2020.

SUSAN P. WATTERS
United States District Judge