IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISON

FILED
JUL 13 2020
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| NEIGHBORS AGAINST BISON SLAUGHTER, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>The NATIONAL PARK SERVICE, *et al.*,<br><br>　　　　Defendants. | Case No. 1:19-cv-128-BLG-SPW<br><br>ORDER |

Upon the Parties' Joint Motion to Stay (Doc. 85), and for good cause appearing,

IT IS HEREBY ORDERED that, with one exception, the Court **STAYS** all briefing on Defendants' Motion for Voluntary Remand (Doc. 84) and the other deadlines in this case until July 30, 2020. On that date, the parties shall propose a joint schedule for the next steps in this case.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 14th of July, 2020.

　　　　　　　　　　　　　　*Susan P. Watters*
　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　United States District Judge