IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISON

FILED

AUG 0 6 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| NEIGHBORS AGAINST BISON SLAUGHTER, et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>The NATIONAL PARK SERVICE, *et al.*,<br><br>　　Defendants. | Case No. 1:19-cv-128-SPW<br><br>Judge Susan P. Watters<br><br>ORDER |

Upon the Parties' Joint Motion for a Briefing Schedule (Doc. 88), and for good cause appearing,

IT IS HEREBY ORDERED that the Court adopts the following schedule:

1. Any motion for leave to file an amicus brief addressing Defendants' Motion for Voluntary Remand Without Vacatur must be filed on or before **August 13, 2020**.

2. Any party wishing to file an amicus brief must do so on or before **August 27, 2020**.

3. Plaintiffs shall file their response to Defendants' Motion for Voluntary Remand without Vacatur on or before **September 17, 2020**.

4. Defendants shall file their reply on or before **October 1, 2020**.

5. Any subsequent motions filed by either party, including any motion by Plaintiffs for judgment on the merits, will follow the briefing schedule and word limitations set forth in the Local Rules.

6. One week after the Court rules on Defendants' Motion for Voluntary Remand Without Vacatur, Defendants shall file an answer to Plaintiffs' Amended Complaint (Doc. 81), if necessary.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 6th of August, 2020.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge