IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
AUG 2 6 2020
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| NEIGHBORS AGAINST BISON SLAUGHTER, et al., | CV 19-128-BLG-SPW |
| Plaintiffs, | ORDER |
| vs. | |
| THE NATIONAL PARK SERVICE, et al., | |
| Defendants. | |

John T. Harrison, attorney for the Confederated Salish and Kootenai Tribes moves for the admission of Michael A. Lopez to practice before the Court in the above captioned matter with John T. Harrison of Pablo, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d), and plaintiffs and defendants do not object.

IT IS SO ORDERED that John T. Harrison's motion to admit Michael A. Lopez to appear *pro hac vice* (Doc. 94) is GRANTED and he is authorized to appear as counsel for the Nez Perce Tribe with John T. Harrison pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 27th day of August, 2020.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1