IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

AUG 26 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| NEIGHBORS AGAINST BISON SLAUGHTER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE NATIONAL PARK SERVICE, et al., <br><br> Defendants. | CV 19-128-BLG-SPW <br><br> ORDER |

John T. Harrison, attorney for the Confederated Salish and Kootenai Tribes moves for the admission of Ethan Jones to practice before the Court in the above captioned matter with John T. Harrison of Pablo, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d), and plaintiffs and defendants do not object.

IT IS SO ORDERED that John T. Harrison's motion to admit Ethan Jones to appear *pro hac vice* (Doc. 95) is GRANTED and he is authorized to appear as counsel for the Yakama Nation with John T. Harrison pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 27th day of August, 2020.

SUSAN P. WATTERS
United States District Judge

1