IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NEIGHBORS AGAINST BISON SLAUGHTER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE NATIONAL PARK SERVICE, et al., <br><br> Defendants. | CV 19-128-BLG-SPW <br><br> ORDER |

Having been notified by Defendants that they timely issued a Final Environmental Impact Statement and Record of Decision, and the parties having previously agreed that the case could be closed once Defendants timely issued a record of decision (Doc. 139 at 3; Doc. 138 at 2–3), the Clerk of Court is directed to enter judgment and close this matter.

DATED this 29th day of July, 2024.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge

1